WALTER E. TRENT, Respondent, v. NELSON H. TRUETT, Appellant, and THOMAS F. BONNEAU, Defendant.— Order affirmed, with ten dollars

costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.